UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO. LTD, et al.,<br><br>Debtors in Foreign Bankruptcy Proceeding. | Chapter 15<br><br>Case No. 20-12791-lgb<br>(Jointly Administered) |
| UNIVERSAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL GROWTH HOLDINGS, INC, et al.,<br><br>Defendants. | Adv. Proc. No. 21-01169-lgb |

**ORDER DISMISSING COMPLAINT**
**AS AGAINST HUTCHISON PLLC**

Upon the motion of defendant Hutchison PLLC i/s/h/a Hutchison Law Group, PLLC for entry of an Order granting dismissal of plaintiff Universal Life Insurance Company's adversary complaint pursuant to Rules 12(b)(6), 9(b) and 8(a)(2) of the Federal Rules of Civil Procedure (the "Motion"), and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and that, except as otherwise ordered herein, no other or further notice is necessary, and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor;

IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Plaintiff Universal Life Insurance Company's adversary complaint is dismissed as against defendant Hutchison PLLC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Plaintiff Universal Life Insurance Company's adversary complaint is dismissed as against defendant Hutchison PLLC pursuant to Rule 9(b) of the Federal Rules of Civil Procedure.

4. Plaintiff Universal Life Insurance Company's adversary complaint is dismissed as against defendant Hutchison PLLC pursuant to Rule 8(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED:

_____
Hon. Lisa G. Beckerman
United States Bankruptcy Judge

Dated: _____, 2021
     New York, New York