Response Deadline:  November 1, 2021
Hearing Date:  To Be Determined

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PB LIFE AND ANNUITY CO. LTD, *et al.*,[1] | Case No. 20-12791 (LGB) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| UNIVERSAL LIFE INSURANCE CO., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-01169 (LGB) |
| GLOBAL GROWTH HOLDINGS, INC., *et al.*, | |
| Defendants. | |

**MOTION OF DEFENDANT CHRISTOPHER HERWIG
TO DISMISS THE AMENDED COMPLAINT**

Defendant Christopher Herwig ("Herwig"), by and through his undersigned counsel, hereby moves to dismiss (the "Motion to Dismiss") the Plaintiff's First Amended Complaint (the "Amended Complaint") in its entirety, pursuant to Rules 9(b) and 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, made applicable hereto by Rules 7009 and 7012 of the Federal Rules Bankruptcy Procedure.  In support of this Motion to Dismiss, Herwig respectfully submits the accompanying Memorandum of Law, which is incorporated herein by reference.

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

|  |  |
|---|---|
| Dated: October 11, 2021<br>New York, New York | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Todd A. Atkinson*<br>Todd A. Atkinson (NY Bar No. 4970828)<br>811 Main Street, Suite 3130<br>Houston, Texas 77002<br>Telephone: (346) 998-7849<br>Facsimile: (346) 998-5901<br>Email: todd.atkinson@wbd-us.com<br><br>-AND-<br><br>Matthew P. Ward, Esq.<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4338<br>Facsimile: (302) 598-9256<br>Email: matthew.ward@wbd-us.com<br><br>*Counsel for Defendant Christopher Herwig* |