**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PB LIFE AND ANNUITY CO. LTD, *et al.*,[1] | Case No. 20-12791 (LGB) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| UNIVERSAL LIFE INSURANCE CO., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-01169 (LGB) |
| GLOBAL GROWTH HOLDINGS, INC., *et al.*, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Todd A. Atkinson, counsel to Christopher Herwig, hereby certify that on the 11th day of October, 2021, true and correct copies of the foregoing *Motion of Defendant Christopher Herwig to Dismiss the Amended Complaint* and accompanying *Memorandum of Law*, *Notice of Motion*, and *Proposed Order* were (i) filed electronically via the Court's CM/ECF system and served electronically upon all parties registered to received CM/ECF notices in the above-captioned adversary proceeding, and (ii) served via U.S. first class mail, postage pre-paid, upon the following persons:

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

Clinton E. Cameron, Esq.
Meghan C. Dalton, Esq.
CLYDE & CO US LLP
55 W. Monroe, Suite 3000
Chicago, Illinois 60603
*Counsel for Plaintiff Universal Life Insurance Company*

Christopher Carlsen, Esq.
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
*Counsel for Plaintiff Universal Life Insurance Company*

Constantine D. Pourakis, Esq.
Nicholas F. Kajon, Esq.
Andreas D. Milliaressis, Esq.
Eric M. Robinson, Esq.
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
*Counsel for Rachelle Frisby and John Johnston, as Joint Provisional Liquidators*

Lauren M. Wagner, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
*Counsel for Defendant Morgan Stanley Senior Funding, Inc.*

Peter Friedman, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
*Counsel for Defendant Morgan Stanley Senior Funding, Inc.*

Nicholas Hendrix, Esq.
O'MELVENY & MYERS LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
*Counsel for Defendant Morgan Stanley Senior Funding, Inc.*

Norman N. Kinel, Esq.
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York 10136
*Counsel for Defendants Colorado Bankers Life Insurance Company,*
*Bankers Life Insurance Company, Southland National Insurance Corporation*
*and Southland National Reinsurance Corporation*

Wes J. Camden, Esq.
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
P.O. Box 1000 (27602)
Raleigh, North Carolina 27601
*Counsel for Defendants Colorado Bankers Life Insurance Company,*
*Bankers Life Insurance Company, Southland National Insurance Corporation*
*and Southland National Reinsurance Corporation*

Tracy L. Klestadt, Esq.
Brendan M. Scott, Esq.
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
*Counsel for Defendant NOM GB 2018 I, LLC*

Luis Orengo, Jr., Esq.
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
*Counsel for Atlantic Coast Life Insurance Company and*
*Sentinel Security Life Insurance Company*

Jay S. Hellman, Esq.
WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, New York 11556
*Counsel for Defendants Hansen Aerospace, LLC and Atkinson, LLC, et al.*

Steven T. Waterman, Esq.
Milo S. Marsden, Esq.
DORSEY & WHITNEY LLP,
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111-2176
*Counsel for Defendant AAPC Holdings, LLC*

Liam O'Brien, Esq.
McCORMICK & O'BRIEN, LLP
9 East 40th Street, Fourth Floor
New York, New York 10016
*Counsel for Defendant Hutchison PLLC*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
*United States Trustee*


I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2021
      New York, New York

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Todd A. Atkinson*
Todd A. Atkinson (NY Bar No. 4970828)
811 Main Street, Suite 3130
Houston, Texas 77002
Telephone: (346) 998-7849
Facsimile: (346) 998-5901
Email: todd.atkinson@wbd-us.com

*Counsel for Defendant Christopher Herwig*

WBD (US) 53793341v1