Peter Friedman (admitted *pro hac vice*)
Nicholas Hendrix (admitted *pro hac vice*)
Lauren M. Wagner
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email:  pfriedman@omm.com
           nhendrix@omm.com
           lwagner@omm.com

*Attorneys for Defendant Morgan Stanley Senior Funding, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB Life and Annuity Co. Ltd., *et al.*,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br>(Jointly Administered) |
| Universal Life Insurance Co.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Global Growth Holdings, Inc., *et al.*,<br><br>　　　　Defendants. | Adv. Proc. No. 21-01169 |

**[PROPOSED ORDER]**

**WHEREAS** on July 6, 2021, Universal Life Insurance Company ("ULICO") filed a Complaint in the above-captioned adversary proceeding;

**WHEREAS** on July 30, 2021, ULICO filed an Amended Complaint (the "Amended Complaint") in the above-captioned adversary proceeding;

1

**WHEREAS**, on December 23, 2021 Defendant Morgan Stanley Senior Funding, Inc. in the above-captioned adversary proceeding filed a motion seeking an Order dismissing the Amended Complaint (the "Motion to Dismiss"); and

**WHEREAS**, on March 17, 2022, the Court held a hearing on the Motion to Dismiss (the "Hearing"); and

**WHEREAS**, the Court has considered the arguments made by counsel at the Hearing and all papers filed in support of and in opposition to the Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY ORDERED** that, for the reasons set forth in the Motion to Dismiss and by the Court on the record of the Hearing, the Motion to Dismiss is granted, and the Amended Complaint is dismissed with prejudice with respect to Morgan Stanley Senior Funding, Inc.

Dated:

                                                          Hon. Lisa G. Beckerman
                                                          United States Bankruptcy Judge