**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:

PB LIFE AND ANNUITY CO., LTD., *et al*.,

    Debtors in Foreign Proceedings

Chapter 15

Case No. 20-12791 (LVB)
(Jointly Administered)

---

UNIVERSAL LIFE INSURANCE
COMPANY,
Plaintiff,

v.

GLOBAL GROWTH HOLDINGS, INC., *et al*.
Defendants.

Adv. Proc. No. 21-01169 (LGB)

### DECLARATION OF CLINTON E. CAMERON IN SUPPORT OF UNIVERSAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT ASPIDA FINANCIAL SERVICES, LLC'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, Clinton E. Cameron declares as follows:

1.    Attached to this declaration as Exhibit A, is a true and correct copy of the Stipulated Order Approving Sale of Subsidiary Entity and Entry Into Related Services Agreement of June 24, 2021, obtained from the Michigan Department of Insurance and Financial Services website at URL https://www.michigan.gov/difs/0,5269,7-303-13251_67721_93788---Y_2021,00.html.

2.    Attached to this declaration as Exhibit B, is a true and correct copy of the Stipulated Order Approving Sale of Subsidiary Entity and Entry Into Related Services

- 2 -

Agreement of June 24, 2021 – Proof of Service, obtained from the Michigan Department of Insurance and Financial Services website at URL https://www.michigan.gov/difs/0,5269,7-303-13251_67721_93788---Y_2021,00.html.

3. Attached to this declaration as Exhibit C, is a true and correct copy of the Deputy Rehabilitator's Second Report and Accounting of June, 2021, obtained from the Michigan Department of Insurance and Financial Services website at URL https://www.michigan.gov/difs/0,5269,7-303-13251_67721_93788---Y_2021,00.html

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2022                    /s/ *Clinton E. Cameron*
                                                 Clinton E. Cameron