# EXHIBIT B

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 30TH JUDICIAL CIRCUIT
INGHAM COUNTY

ANITA G. FOX, DIRECTOR OF THE
MICHIGAN DEPARTMENT OF
INSURANCE AND FINANCIAL SERVICES,

    Petitioner,

v

PAVONIA LIFE INSURANCE
COMPANY OF MICHIGAN,

    Respondent.
_____/

Case No. 19-504-CR

HON. WANDA M. STOKES

[IN REHABILITATION]

## PROOF OF SERVICE

The undersigned certifies that a copy of the **Stipulated Order Approving Sale of Subsidiary Entity and Entry into Related Services Agreement**, together with **this Proof of Service**, was served upon the individuals listed below by electronic mail at the addresses indicated on the 29th day of June, 2021:

Stephen Schwab
Counsel for Aspida Holdco LLC
stephen.schwab@dlapiper.com

Zachary Larsen
Counsel for GBIG Holdings, Inc.
ZLarsen@clarkhill.com

In addition, electronic copies of the foregoing documents will be provided to the Department of Insurance and Financial Services, which will provide courtesy notice to other potentially interested individuals/entities by posting the documents on its website, www.michigan.gov/difs, under the section "Who We Regulate," the subsection "Receiverships," and the sub-subsection "Pavonia Life Insurance."

                                                       */s/ Christopher L. Kerr*
                                                       Christopher L. Kerr