**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send electronic notification of such filing to all other parties who have filed a notice of appearance.

Signed this the 14th day of January 2022.

                                                    /s/ Todd Atkinson
                                                  Todd Atkinson