**From:** Logli, Courtney D. <Courtney.Logli@clydeco.us>
**Sent:** Wednesday, January 26, 2022 2:25 PM
**To:** Liam Obrien <lobrien@mcoblaw.com>
**Cc:** Dalton, Meghan <Meghan.Dalton@clydeco.us>
**Subject:** Universal Life Ins. Co. v. Lindberg, et al.; Adv. Pro. No. 21-01169

Hi Liam:

Thanks for speaking with Meghan and I today during our meet and confer conference. As requested, below is a summary of the information that we currently have relating to transfers from the PBLA/ULICO trust associated with Hutchinson Law Group, PPLC:

- 8/23/2017 Disbursement from Wilmington Trust Account No. 122841 to Hutchinson Law Group, PLLC in amount of $15,868,371.00

- 9/6/2017  Disbursement from Wilmington Trust Account No. 122841 to Hutchinson Law Group, PLLC in amount of $1,000,000.00

We look forwarding to receiving any additional information your client may have with regards to these transfers.

Sincerely,

Courtney

**Courtney Logli**
Senior Associate | Clyde & Co US LLP
**Direct Dial:** +1 312 635 6931 | **Mobile:**  +1 847 913 7815

> 55 West Monroe Street | Suite 3000 | Chicago | IL 60603 | USA
> **Main** +1 312 635 7000 | **Fax** +1 312 635 6950 | **www.clydeco.us**

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal

Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.