**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>   Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| UNIVERSAL LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>GLOBAL GROWTH HOLDINGS, INC., *et al.*,<br><br>   Defendants. | Adv. Proc. No. 21-01169 (LGB) |

**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR**
**AMEND THE JUDGMENT OF DISMISSAL UNDER RULE 9023**

Upon consideration of the *Plaintiff's Motion to Alter or Amend the Judgment of Dismissal Under Rule 9023* [ECF No. 173] (the "Motion"), the oppositions and responses filed to the Motion [ECF Nos. 176, 177, 178, 179 & 180], and the reply filed by Universal Life Insurance Company in support of the Motion [ECF No. 181]; and a hearing having been held on the Motion on June 1, 2022;

It is hereby ORDERED as follows:

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, Docket No. 42.

2

1. For the reasons set forth on the record of the hearing, the Motion is DENIED.

Dated:   June 1, 2022
         New York, New York

**/s/ Lisa G. Beckerman**
Hon. Lisa G. Beckerman
United States Bankruptcy Judge
