**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO. LTD, *et al.*,[1]<br><br>              Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| Universal Life Insurance Co.,<br><br>              Plaintiff,<br><br>              v.<br><br>Global Growth Holdings, Inc., *et al.*,<br><br>              Defendants. | Adv. Proc. No. 21-01169 (LGB) |

## ORDER GRANTING MOTION OF WOMBLE BOND DICKINSON (US) LLP TO WITHDRAW AS COUNSEL TO CHRISTOPHER HERWIG

Upon the Motion (the "Motion")[2] [ECF 199][3] of Womble Bond Dickinson (US) LLP ("Womble"), counsel of record to Christopher Herwig ("Herwig"), seeking permission to withdraw as counsel of record to Herwig in this adversary proceeding and main case pursuant to Local Bankruptcy Rule 2090-1(e); and due and proper notice of the Motion having been given; and the Objection Deadline having been set for August 14, 2024; and no responses or objections having been filed or received by the Objection Deadline, and the same having been certified by

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, ECF No. 42.

[2] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

[3] This Order references the docket of the adversary proceeding, Adv. Proc. No. 21-01169.

the Certificate of No Objection Regarding the Motion (the "CNO") [ECF 200] having been filed on August 20, 2024; and the Court having reviewed the Motion and the CNO; and, after careful consideration and due deliberation, having determined that the legal and factual bases set forth in the Motion and the CNO establish just cause for the relief granted herein, now, therefore, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Womble, including the appearance of Todd A. Atkinson, is withdrawn as attorneys of record for Herwig in this adversary proceeding and main case; and it is further

**ORDERED**, that Womble is removed from the Court's Electronic Service List with respect to this adversary proceeding and main case.

Dated: August 23, 2024
      New York, New York

*/s/ Lisa G. Beckerman*_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE